UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 08203
    REGINALD CRAWFORD
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5811
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/04/07 and confirmed on 07/13/07.

2. The case was dismissed after confirmation, 04/25/2008.

3. The Debtor paid a total of $ 615.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 407.83 | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 8980.00 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST RESOLUTION INVESTM | UNSECURED | 6054.67 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | 1987.28 | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | 1642.00 | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 55.21 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 243.04 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 123.30 | .00 | .00 |
| STATE DISBURSEMENT UNIT | UNSECURED | 4895.21 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 407.83 | 23980.71 | .00 | 24388.54 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00 and was paid $   506.00   direct and $    594.98   through the plan.

The Trustee received $    20.02 .

Refunds to the Debtor totaled $     .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 08203 REGINALD CRAWFORD